

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00407-CR

Michael **HORNADAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 637583
Honorable Michael Keasler, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: November 2, 2022

AMENDED MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed an amended motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH